IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BYRSON CITY DIVISION
2:13 CV 019

| SHARON RADFORD ADAMS, | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| V | ) | **ORDER** |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Russell R. Bowling's Application for Admission to Practice *Pro Hac Vice* of Karen S. Southwick. It appearing that Karen S. Southwick is a member in good standing with the New York State Bar and will be appearing with Russell R. Bowling, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Russell R. Bowling's Application for Admission to Practice *Pro Hac Vice* (#3) of Karen S. Southwick is

**GRANTED**, and that Karen S. Southwick is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Russell R. Bowling.

Signed: May 22, 2013

Dennis L. Howell
United States Magistrate Judge