IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL NO. 2:13CV19-FDW-DSC

| | |
|---|---|
| SHARON RADFORD ADAMS,   )<br>        Plaintiff,   )<br>                     )<br>       vs.   )<br>CAROLYN W. COLVIN,   )<br>Commissioner of Social   )<br>Security Administration,   )<br>        Defendant.   )<br>_____) | ORDER |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Howard David Olinsky]" (document #17). For the reasons stated therein, the Motion is <u>granted</u>.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Frank D. Whitney.</u>

**SO ORDERED**.

Signed: December 12, 2013

_David S. Cayer_
David S. Cayer
United States Magistrate Judge

1