# United States District Court
## Western District of North Carolina
## Bryson City Division

| | | |
|---|---|---|
| SHARON RADFORD ADAMS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00019-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 1, 2014 Order.

May 1, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court